# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:10-MJ-1486

JOSIAH GRIFFIN

On Tuesday, October 16, 2012, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                Respectfully submitted,

/s/ Robert K. Britt                   /s/ Matthew Smith
Robert K. Britt                       Matthew Smith
Senior U.S. Probation Officer         U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 4 day of April, 2013.

James E. Gates
U.S. Magistrate Judge